UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

               Plaintiff,

-against-

Anthony Jara,

               Defendant.

7:17-MJ-9564(MRG)

**J U D G M E N T**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 28, 2017 accepted the defendant's plea of guilty to a charge of violating NYS VTL Section 1180- b, Subdivion 6(i) – Speeding 1-10 over the posted speed limit, in full satisfaction of the Misdemeanor Complaint filed on December 28, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $100.00 to be paid by January 25, 2018.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: Nunc Pro Tunc to December 28, 2017
       Poughkeepsie, N.Y.